**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE THE HONORABLE JANE A. RESTANI, SENIOR JUDGE**

| | |
|---|---|
| NOKSEL CELIK BORU SANAYI, A.S., ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | |
| ) | Court No. 21-00140 |
| THE UNITED STATES, ) | |
| ) | |
| *Defendant*, ) | |
| and ) | |
| ) | |
| NUCOR TUBULAR PRODUCTS, INC., ) | |
| ) | |
| *Defendant-Intervenor*. ) | |

**JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE**

In accordance with Rule 56.2(a) of the Rules of the Court of International Trade, counsel for Plaintiff Noksel Celik Boru Sanayi, A.S. ("Plaintiff") respectfully submits the following Joint Status Report and Proposed Briefing Schedule. Although we have styled this submission as a joint status report and attempted to consult with the other parties to this proceeding in the week before filing, Plaintiff's counsel has not received a response regarding parties' position as of 7:00 PM on Friday, June 4, 2021. Accordingly, Plaintiff is filing this submission in accordance with the Court's deadline and trusts that the parties will contact the Court if they have any objection to the joint status report or to the proposed briefing schedule.

**I.      JOINT STATUS REPORT**

In response to the questions set forth in CIT Rule 56.2(a), the Plaintiff states the following:

1

**A.      Does the Court possess jurisdiction to entertain this action?**

Plaintiff believes that the Court possesses jurisdiction to entertain this action pursuant to 28 U.S.C. § 1581(c), as this action was commenced under Sections 516A(a)(2)(A)(i)(II) and 516A(a)(2)(B)(i) of the Tariff Act of 1930, *as amended,* 19 U.S.C. §§ 1516a(a)(2)(A)(i)(II) and 1516a(a)(2)(B)(i).  Plaintiff does not believe that Defendant, the United States, and Defendant-Intervenor, Nucor Tubular Products, Inc. (collectively, "Defendants") are aware of any basis to challenge the Court's jurisdiction at this time.

**B.      Should the case be consolidated with any other case, or should any portion of the case be severed, and the reasons for such severance?**

Plaintiff is not aware of any reason that the case should be consolidated with any other case, or that any portion of the case should be severed. Plaintiff does not believe that Defendants are aware of any reason that the case should be consolidated with any other case, or that any portion of the case should be severed.

**C.      Should further proceedings in this case be deferred pending consideration of another case before the Court or any other tribunal and the reason therefor?**

Plaintiff agrees and believes that Defendants agree that there is no reason to defer consideration of this case pending consideration of another case before the Court or any other tribunal.

**D.      Is there any other information of which the Court should be aware at this time?**

Plaintiff does not believe there is any other information of which the Court should be aware at this time.  Plaintiff does not believe that Defendants believe there is any other information of which the Court should be aware at this time.

## II.      PROPOSED BRIEFING SCHEDULE & WORD LIMITS

Plaintiff respectfully proposes the following briefing schedule. Plaintiff's counsel has attempted to consult with other parties pursuant to Rule 56.2, but has not received a response regarding their position as of 7:00 PM on Friday, June 4, 2021, which is the date this submission is due.

| Event | Date | Word Limit |
|---|---|---|
| Plaintiff's Initial Brief | September 3, 2021 | 14,000 words |
| Defendant's and Defendant-Intervenor's Response Brief | December 3, 2021 | 14,000 words |
| Reply Brief | December 17, 2021 | 7,000 words |
| Joint Appendix | December 31, 2021 | |
| Motion for Oral Argument, if any | December 31, 2021 | |

A proposed Order reflecting this briefing schedule is respectfully submitted with this joint status report.

Respectfully submitted,[1]

**/s/ Leah N. Scarpelli**
Leah N. Scarpelli
Matthew M. Nolan
Jessica Di Pietro
Nancy A. Noonan
Diana Dimitriuc Quaia
ARENT FOX LLP
1717 K Street, NW
Washington, D.C. 20006
Tel: (202) 715-8403
e-mail: leah.scarpelli@arentfox.com
*Attorneys for Plaintiff, Noksel Celik Boru Sanayi, A.S.*

June 4, 2021

---

[1] Plaintiff notes that Rule 56.2 of the Rules of the Court of International Trade requires that the Joint Status Report "must be signed by counsel for all parties." Plaintiff recognizes that this submission does not comply with this requirement. However, because Plaintiff has not yet received a response to its original May 28, 2021 request for consultations regarding this submission\ or to its follow-up requests as of 7:00 PM on Friday, June 4, 2021, Plaintiff is proceeding with the filing in accordance with the Court's deadline.

**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE THE HONORABLE JANE A. RESTANI, SENIOR  JUDGE**

| | |
|---|---|
| NOKSEL CELIK BORU SANAYI, A.S., | ) |
| *Plaintiff*, | ) |
| v. | ) |
| THE UNITED STATES, | ) Court No. 21-00140 |
| *Defendant*, <br> and | ) |
| NUCOR TUBULAR PRODUCTS, INC., | ) |
| *Defendant-Intervenor*. | ) |

## <u>ORDER</u>

Upon review of the Joint Status Report and Proposed Briefing Schedule filed by the Plaintiff in the above-captioned case, the Court hereby adopts the following schedule and word count limits in this matter:

| Event | Date | Word Limit |
|---|---|---|
| Plaintiff's Initial Brief | September 3, 2021 | 14,000 words |
| Defendant's and Defendant-Intervenor's Response Brief | December 3, 2021 | 14,000 words |
| Reply Brief | December 17, 2021 | 7,000 words |
| Joint Appendix | December 31, 2021 | |
| Motion for Oral Argument, if any | December 31, 2021 | |

**SO ORDERED**.

Dated: _____, 2021
      New York, New York            _____
                                              The Hon. Jane A. Restani, Sr. Judge