

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
Jane A. Restani
Judge

January 7, 2021

On Behalf of Plaintiff Noksel Celik Boru Sanayi A.S.
Leah N. Scarpelli
Diana Dimitrius-Quaia
Jessica R. DiPietro
Matthew Mosher Nolan
Nancy Aileen Noonan
Arent Fox LLP
1717 K Street, NW.
Washington, DC 20006

On Behalf of Defendant United States
In K. Cho
U.S. Department of Justice
Commercial Litigation Branch-Civil Division
P.O. Box 480 Ben Franklin Station
Washington, DC 20044

On Behalf of U.S. Department of Commerce
Ashlande Gelin, Of Counsel
U.S. Department of Commerce
Office of Chief Counsel
1401 Constitution Avenue, NW, Suite A202
Washington, DC 20230

On Behalf of Intervenor Defendant Nucor Tubular Products Inc.
Alan Hayden Price
Maureen Elizabeth Thorson
Robert Edward DeFrancesco, III
Theodore Paul Brackemyre
Wiley Rein, LLP
2050 M Street, NW.
Washington, DC 20036

Re:    Noksel Celik Boru Sanayi A.S. v. United States
       Court No. 21-00140

Dear Counsel:

    Plaintiff Noksel Celik Boru Sanayi A.S. has made an unopposed request for oral argument. <u>See</u> <u>Motion for Oral Argument</u>, ECF No. 36. The parties should consult as to whether argument should be held at this time on the non-Section 232 issues or whether argument should be postponed until the final resolution of <u>Borusan Mannesmann Boru Sanayi ve Ticaret A.S. v. United States</u>, CAFC Ct. No. 21-2097, and until the Supreme Court has taken action on the petition for *certiorari* in <u>Transpacific Steel LLC, et al. v. United States</u>, U.S. Supreme Court No. 21-721.

    The parties shall submit to the court a letter explaining their position by January 14, 2022.

                                                 Very truly yours,

                                                 <u>Jane A. Restani</u>
                                                      Judge